```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 05469
   NEONILLA JANIUK
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-6586

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 03/27/2007 and was confirmed 06/18/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 11/13/2007.
------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                         PAID         PAID
------------------------------------------------------------------------
HARRIS BANK               SECURED VEHIC     892.89           .00         892.89
JEFFERSON CAPITAL SYSTEM  UNSECURED        5194.42           .00         266.51
MCM                       NOTICE ONLY     NOT FILED          .00            .00
BANANA REPUBLIC           UNSECURED       NOT FILED          .00            .00
ECAST SETTLEMENT CORP     UNSECURED        2126.48           .00         109.10
CARSON PIRIE SCOTT        UNSECURED       NOT FILED          .00            .00
RESURGENCE FINANCIAL LLC  UNSECURED       10015.95           .00         513.88
DIRECT MERCHANTS BANK     UNSECURED       NOT FILED          .00            .00
HSBC                      UNSECURED       NOT FILED          .00            .00
ARROW FINANCIAL SERVICES  NOTICE ONLY     NOT FILED          .00            .00
FEDERATED RTL/MARSHALL F  UNSECURED         471.69           .00          24.20
NORDSTROM                 UNSECURED       NOT FILED          .00            .00
PROVIDIAN PROCESSING SER  UNSECURED       NOT FILED          .00            .00
LVNV FUNDING              NOTICE ONLY     NOT FILED          .00            .00
ROUNDUP FUNDING LLC       UNSECURED        9528.92           .00         488.90
PETER FRANCIS GERACI      DEBTOR ATTY     1,175.00                      1,175.00
TOM VAUGHN                TRUSTEE                                         248.39
DEBTOR REFUND             REFUND                                        1,361.13

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  5,080.00

PRIORITY                                              .00
SECURED                                            892.89
UNSECURED                                        1,402.59
ADMINISTRATIVE                                   1,175.00
TRUSTEE COMPENSATION                               248.39
DEBTOR REFUND                                    1,361.13
                         ---------------        ---------------

               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 05469 NEONILLA JANIUK
```

| | | |
|---|---|---|
| TOTALS | 5,080.00 | 5,080.00 |

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE